UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
) CAUSE NUMBER 4:07MC392 CEJ
CHRISTI S. FINGAL GRIFFIN )

**ORDER**

This matter is before the Court upon the motion of Christi S. Fingal Griffin for an evidentiary hearing in response to the Order to Show Cause issued on July 24, 2007. Movant also seeks directions as to how to submit evidence in advance of the hearing.

The Order to Show Cause was issued pursuant to Local Rule 12.02, following entry of a final order by the Supreme Court of Missouri suspending movant from the practice of law. Movant was directed to submit "in writing" the reasons, if any, why this Court should not impose the same discipline as the Missouri Supreme Court. Movant timely filed a written response to the Order to Show Cause on August 22, 2007.

Local Rule 12.02 provides that the Court may disbar or otherwise discipline of a member of its bar "for good cause shown and after . . . an opportunity to be heard." The "opportunity to be heard" requirement has been satisfied here by permitting movant to submit a written statement of the reasons why she should not be suspended from practice in this Court, just as she has been suspended from practicing law by the Supreme Court of Missouri. Movant has submitted a lengthy and detailed written response to the Order to Show Cause. No evidentiary hearing is required.

In accordance with the Rules of Disciplinary Enforcement, the Court will permit movant to submit such documents or exhibits as may show:

(1) that the procedure in the Supreme Court of Missouri was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process; or

(2) that there was such an infirmity of proof establishing the misconduct as to give rise to the clear conviction that this Court could not, consistent with its duty, accept as final the conclusion of the Supreme Court of Missouri on the subject; or

(3) that the imposition of the same discipline by this Court would result in grave injustice; or

(4) that the misconduct established is deemed by this Court to warrant substantially different discipline.

The documents and other exhibits shall be considered by the Court as a supplement to movant's response to the Order to Show Cause.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of Christi S. Fingal Griffin for an evidentiary hearing is **denied.**

**IT IS FURTHER ORDERED** that movant shall have until **February 15, 2008**, to submit the documents and exhibits, if any, described above.

_____
CAROL E. JACKSON
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2008.